# UNITED STATES DISTRICT COURT

FOR NEW JERSEY

TERRY KIELISCH

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Ms. Ordonez

Ms. Bynum

Mr. Montrose

Mr. Wolmack

Mr. Colom

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No

(check one)

RECEIVED

NOV 2 8 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    TERRY KIELISCH
ID #    23160-021
Current Institution    FCI FORT DIX
Address    5756 Hartford & Pointville Road
Fort Dix, New Jersey [08640]

B.    List all defendants' names, positions, places of employment, and the address   where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*                                3

| Defendant No. 1 | Name Ms. Ordonez | Shield # |
| | Where Currently Employed FCI Fort Dix | |
| | Address 5756 Hartford & Pointville Road | |
| | Fort Dix, NJ 08640 | |

| Defendant No. 2 | Name Ms. Bynum | Shield # |
| | Where Currently Employed FCI Fort Dix | |
| | Address 5756 Hartford & Pointville Road | |
| | Fort Dix, NJ 08640 | |

| Defendant No. 3 | Name Mr. Montrose | Shield # |
| | Where Currently Employed FCI Fort Dix | |
| | Address 5756 Hartford & Pointville Road | |
| | Fort Dix, NJ 08640 | |

| Defendant No. 4 | Name Mr. Wolmack | Shield # |
| | Where Currently Employed FCI Fort Dix | |
| | Address 5756 Hartford & Pointville Road | |
| | Fort Dix, NJ 08640 | |

| Defendant No. 5 | Name Mr. Colom | Shield # |
| | Where Currently Employed FCI Fort Dix | |
| | Address 5756 Hartford & Pointville Road | |
| | Fort Dix, NJ 08640 | |

## II.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____

_____ FCI FORT DIX _____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____

_____ In the Housing Unit Building (5711), Kitchen Building (5730), Education _____

_____ Building (5712), and Medical Building (5706). _____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____ Ms. Bynum - denial of medical care started September 1, 2022 at 10AM. Ms.

Ordonez unit manager - August 15, 2021 removed personal items which were not
        restricted and refuses to give reasons for removal of property. Ms.
Ordonez refuses to reply to e-mails as to why my items are continually
confiscated. (See page - 5)

Mr. Montrose August 21 at 8PM, Mr. Wolmack, August 11, 2022 at 9AM and Mr. Colom July 11, 2022 at 9AM.

D.    Facts: Ms. Bynum has denied me my medication for pain management, thyroid condition. I was told by Dr. Sceusa I cannot miss one pill because it effects my heart. I was told once I started the medication I cannot stop taking it. I am required to have special orthopedic shoes but have been denied requisition of the shoes. Ms. Ordonez has continually removed my personal items which are not restricted and refuses to tell me why. I have sent her numerous e-mails asking why these items have been removed and she fails to respond. in referencing the inmate hand book the items removed are not restricted. I Ms. Ordonez has also refused to give me a list/receipt for the items she removes. Mr. Montrose keeps denying me my evening meals without a reasonable explanation. Mr Wolmack has put me in a GED program when I have already proven to him I have GED from Southeast Community College of Whiteville NC. This information is already in my Pre-Sentence Report. Having to participate in the GED program has stopped me from working and earning a pay and stopping me from participating in the Unit Core program. My forced participation in the GED program has also stopped me from advancing in my current job position. Mr. Mr. Colom destroys my personal property. He expects you to clean your room but provides no cleaning supplies in order for you to comply with his request. When you fail to able to comply with his demands he destroys my personal property and goes through all my legal paper work confiscating and refusing to return it. When these issues which are on going are brought to the attention of the unit manager Ms. Ordonez her response is always "Sue Me." All these issues are ongoing.

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The deprivation of my medication and orthopedic shoes is causing serious pain and inflamtion. The failure to consistently provide me my thyroid medication timely causes my heart rate to increase.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

I filled out and submitted the BP8 but it disappeared. The staff refused to provide me with a BP9.

*Rev. 05/2010*                                              5

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _x_   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____FCI FORT DIX_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _x_   No ____   Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No _x_   Do Not Know ____

If YES, which claim(s)?  _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____With my Mr. Downs my counselor._____

1.   Which claim(s) in this complaint did you grieve?  __All listed within._____

_____

2.   What was the result, if any?  __My paper work of my grievance disappeared.____

_____

3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.  _____
_____I filed a BP8 which disappeared.  I was refused a BP9 to file._____

_____

_____

_____

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:  __N/A____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: - I filed multiple grievance's in the form of a BP8 with the Unit Manager, the Associated Warden and the paper work of the filings disappeared. In addition all the paper work I had copies of in my cell were taken from me.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have also sent numerous emails to the Associate Warden regarding the issues listed within and as previously stated the copies of those emails were taken from me.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want to exchange my clothing without my health being in jeopardy as set forth in the policy statement. I want to be able to get my meals without being subject to prejudicial treatment by compound officers. I need immediate medical care and need my prescription medications renewed and delivered to me on a regular schedule. My medication must be renewed on time. I want to stop participation in the GED program when I have already proved I have a GED. I don't want to be a part of defrauding the government by my needless participation in the GED program. I have lost $2000.00 while I was forced to participate in GED because I was unable to receive bonuses or raises and prevented from advancement. I want the racial discrimination against me from the Unit team to stop. I want the retaliation against me for filing grievances or addressing the courts to stop. I want the spending limit on commissary to be increased due to the outrageous prices being charged for items. I want the forced labor to stop. (slavery has been abolished). I would like the court to order that I remain in this facility and not become a victim of retaliation by the staff for filing this claim.        In short I want to be treated by the staff and unit team wit the same respect I showed them.

Rev. 05/2010   I am requesting $2000.00 in monetary damages for taken property, radio medications, legal paper work and missing work and advancement due to GED.

**VI.   Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _X_

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____ N/A _____

3.   Docket or Index number _____ N/A _____

4.   Name of Judge assigned to your case _____ N/A _____

5.   Approximate date of filing lawsuit _____ N/A _____

6.   Is the case still pending? Yes _N/A_ No _____

If NO, give the approximate date of disposition _____ N/A _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____ N/A _____
_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _X_

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____ N/A _____

3.   Docket or Index number _____ N/A _____

4.   Name of Judge assigned to your case _____ N/A _____

5.   Approximate date of filing lawsuit _____ N/A _____

6.   Is the case still pending? Yes _N/A_ No _____

If NO, give the approximate date of disposition _____ N/A _____

*Rev. 05/2010*                               8

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____ N/A _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 18 day of November , 20 22.

| | |
|---|---|
| Signature of Plaintiff | *Terry Kulick* |
| Inmate Number | 23160-021 |
| Institution Address | P.O. Box 2000 |
| | Joint Base/MDL, NJ 08640 |
| | |
| | |

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 18 day of November , 20 22 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Terry Kulick*